IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL R. FORD, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cv-00094 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Bryant |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Michael R. Ford's Motion for Judgment on the Administrative Record ("Motion") (Doc. No.18), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 21). Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") (Doc. No. 22) recommending that the Motion should be denied and that the decision of the Social Security Administration should be affirmed. *Id.* at 1. The Report was filed on April 7, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The case is thus **CLOSED**.

It is so ORDERED.

Entered this ___2nd___ day of May, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT